No. 99. J. McGuire *v.* Railroad Labor Board. Appeal from the District Court of the United States for the Northern District of Illinois. October 4, 1926. Appeal dismissed and case remanded to the United States District Court for the Northern District of Illinois with directions to dismiss the petition without costs to either party, per stipulation of counsel, on motion of *Solicitor General Mitchell* in that behalf, for appellee. *Mr. Donald R. Richberg* for appellant.

---

No. 7. Public Utilities Commission of the State of Kansas, C. M. Read, J. W. Greenleaf et al. *v.* Arkansas Valley Interurban Railway Company. Appeal from the District Court of the United States for the District of Kansas. October 4, 1926. Dismissed with costs on motion of *Mr. Fred S. Jackson* for appellants. *Mr. Chester I. Long* for appellee.

---

No. 321. Chicago Great Western Railroad Company *v.* Marian S. Jackson. Certiorari to the Supreme Court of the State of Minnesota. October 4, 1926. Dismissed without costs or disbursements to either party per stipulation of counsel. *Mr. Asa G. Briggs* for petitioner. *Mr. F. M. Miner* for respondent.